## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

| | |
|---|---|
| GRISELDA E. PAULI, on behalf of himself and all other similarly situated consumers, <br><br> Plaintiff(s), <br><br> -vs- <br><br><br> MERCANTILE ADJUSTMENT BUREAU, LLC, <br><br> Defendant. | Case No.: 23-cv-24550-ALTMAN/Beccerra |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, GRISELDA E. PAULI, by and through the undersigned counsel and pursuant to Rule 41 (a)(1)(A) of the Federal Rules of Civil Procedure and with agreement between the parties, hereby gives notice of its voluntary dismissal of the above-styled action against Defendant, MERCANTILE ADJUSTMENT BUREAU, LLC, without prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| LEVY & PARTNERS, PLLC <br> *Attorneys for the Plaintiff* <br> 3230 Stirling Road, Suite 1 <br> Hollywood, Florida 33021 <br> (954) 727-8570- Telephone <br> (954) 241-6857- Facsimile <br> Primary: omar@lawlp.com <br> Secondary: christina@lawlp.com <br><br> **By: /s/ Omar M. Salazar II** <br> OMAR M. SALAZAR II, ESQ. <br> Fla. Bar No.: 0106175 <br> *Counsel for Plaintiffs* | LIPPES MATHIAS, LLP <br> 10151 Deerwood Park Blvd. <br> Building 300, Suite 300 <br> Jacksonville, FL 32256 <br> (904) 660-0020 (Primary) <br> (904) 660-0029 (fax) <br> bmills@lippes.com <br> ddoub@lippes.com <br><br> **By: /s/ *Brittany J Mills*** <br> BRITTANY J. MILLS, ESQ. <br> Fla. Bar No.: 1018337 <br> *Counsel for Defendant Mercantile Adjustment Bureau, LLC..* |

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on January 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF.  I also hereby certify that a true and correct copy of the foregoing has been sent to the parties listed below either via transmission of Notices of Electronic Filing generated by CM / ECF or other authorized manner if not authorized to receive Notices of Electronic Filing.

                        **By: /s/ Omar M. Salazar II_____**
                        Omar M. Salazar II, Esq.