UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24550-ALTMAN/Becerra

**GRISELDA E. PAULI**, *et al.*,

    *Plaintiffs*,

v.

**MERCANTILE ADJUSTMENT BUREAU, LLC**,

    *Defendant.*

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 19] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED** ***without prejudice***. Each party shall bear its own attorneys' fees and costs. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on January 26, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record